PROB 12C
(7/93)

Report Date: June 19, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Robinson                Case Number: 0980 2:13CR06024-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Robbery, 18 U.S.C. § 371 | |
| Original Sentence: | Prison 31 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 04/25/2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 04/24/2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to May 20, 2015.

On May 20, 2015, the defendant provided a random urinalysis sample which returned positive for the presence of morphine. When questioned about the test, the defendant admitted he had located some morphine pills in his suitcase and consumed them.

2    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to June 4, 2015.

Prob12C
**Re: Robinson, Kenneth**
**June 19, 2015**
**Page 2**

|   |   |
|---|---|
|   | On June 4, 2015, the defendant admitted he had used morphine before May 20, 2015, and a second time on or before June 4, 2015. The defendant signed an admission form. |
| 3 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
|   | **Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to June 16, 2015. |
|   | On June 16, 2015, the defendant failed to call the random drug testing line and missed his testing. He was contacted and directed to report to the United States Probation Office. The defendant stated he could not produce a urine sample but admitted to using morphine. He again signed an admission form. |
| 4 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by failing to submit to drug testing on June 16, 2015. |
|   | As noted above, the defendant failed to contact the random drug testing line and had to be directed to report the United States Probation Office. The defendant again failed to produce a urine sample as directed. While he did admit to using morphine and signed the admission form, there is no way to confirm the defendant had not consumed other controlled substances. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/19/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[  ]  Other

_Edward F. Shea_
Signature of Judicial Officer

June 19, 2015
Date