PROB 12C
(7/93)

Report Date:  September 30, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Robinson

Case Number: 0980 2:13CR06024-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2011

Original Offense:        Conspiracy to Commit Robbery, 18 U.S.C. § 371

Original Sentence:       Prison 31 months; TSR - 36        Type of Supervision: Supervised Release
                          months

Asst. U.S. Attorney:     Thomas J. Hanlon          Date Supervision Commenced: April 24, 2013

Defense Attorney:        Alex B. Hernandez, III     Date Supervision Expires: April 23, 2016

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/19/2015.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to July 29, 2015. |
| | On July 29, 2015, a random urinalysis was collected which returned positive for morphine. The defendant did not have a valid prescription for morphine. |
| 6 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to August 3, 2015. |

Prob12C
**Re: Robinson, Kenneth**
**September 30, 2015**
**Page 2**

On August 3, 2015, a random urinalysis was collected which returned positive for morphine. The defendant did not have a valid prescription for morphine.

7    **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to August 14, 2015.

On August 3, 2015, a random urinalysis was collected which returned positive for morphine. The defendant did not have a valid prescription for morphine.

8    **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  Kenneth Robinson is considered to be in violation of his period of supervised release by failing to report to chemical dependancy treatment as directed on July 20, 2015; July 21, 2015; July 22, 2015; July 27, 2015; and July 29, 2015.

9    **Special Condition # 14;** The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol.

**Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by being removed from chemical dependancy treatment on or before September 1, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/30/2015
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

**Prob12C**
**Re: Robinson, Kenneth**
**September 30, 2015**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[X]   Defendant to appear before the Judge assigned to the
        case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

        9/30/2015
_____
Date