PROB 12C  
(7/93)

Report Date: November 12, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth Robinson | Case Number: 0980 2:13CR06024-EFS-1 |

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Robbery, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison 31 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | April 24, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | April 23, 2016 |

## PETITIONING THE COURT

       To issue a bench warrant and incorporate the violations contained in this petition with the violations previously reported to the Court on 06/19/2015, and 09/30/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by using a controlled substance, morphine, on or prior to November 1, 2015. |
| | On November 3, 2015, the defendant reported to the Richland probation office and admitted he had once again used morphine.  The defendant does not have a prescription for the medication. The defendant signed an admission's form admitting to the use. |
| 11 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C

**Supporting Evidence**: Kenneth Robinson is considered to be in violation of his period of supervised release by failing to enter inpatient drug treatment on November 9, 2015.

The defendant requested to enter an inpatient drug treatment facility in Seattle to address his addictions. The defendant had contacted the facility and obtained information on what was expected of him to enter. The defendant originally agreed to enter treatment on November 2, 2015, and signed a release of information to allow confirmation that he had entered treatment. The defendant needed to complete 3 days at a detox facility and then enter the program. The defendant left the detox facility after 1 day and stated he would report to the inpatient treatment facility on November 9, 2015, after "detoxing at home."

On November 9, 2015, the defendant did not report for his inpatient drug treatment as agreed upon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 12, 2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

11/13/2015

Date