PROB 12C
(7/93)

Report Date: May 27, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Robinson   Case Number: 0980 2:13CR06024-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: March 25, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Robbery, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison 31 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 13, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | June 12, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of domestic violence assault on or prior to May 25, 2016.

According to officers with the Kennewick Police Department, the offender became involved in an oral argument with his wife at their residence. The offender then pushed his wife down and assaulted her. Mr. Robinson was arrested and taken to the Benton County Jail for booking, and was charged in Benton County District Court on one count of assault DV under case number 6Z0585752. The defendant was released from custody on May 26, 2016.

2 | **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to provide an address change on or prior to May 26, 2016.

        According to jail records, the offender was released from the Benton County Jail on May 26, 2016, prior to 1:30 p.m. The offender failed to contact the probation office to notify of his new residence. As noted above, the offender was charged with assaulting his wife. A no contact order was put in place between them by the court. The offender was also on home detention with electronic monitoring at the time of the alleged assault. The offender understood the need to advise probation on his living arrangements.

3      **Special Condition #19:** Defendant shall participate in the home confinement program for 180 days. Defendant shall abide by all the requirements of the program, which will include electronic monitoring or other location verification systems. Defendant shall pay all or part of the costs of the program based upon Defendant's ability to pay. Defendant is restricted to Defendant's residence at all time except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

        **Supporting Evidence:** The offender is considered to be in violation of his period of supervised release by failing to comply with electronic monitoring.

        As noted above, the offender was arrested on May 25, 2016, on allegations he assaulted his wife. The offender was booked into the Benton County Jail and his electronic monitoring unit was removed. The offender was subsequently released from the Benton County Jail on May 26, 2016, prior to 1:30 p.m,. and has not reported to have the unit re-installed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 27, 2016

Date